No. 00–9746.  HILGERT v. MARK TWAIN/MERCANTILE BANK ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–9747.  GONZALEZ v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 00–9748.  LEWIS v. NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 00–9749.  LAU v. MEDDAUGH ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 00–9755.  TRAINER v. HALL, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 00–9756.  SZAREWICZ v. MEYERS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 00–9759.  JONES v. MARTIN, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 00–9770.  LaCOSS v. DALSKY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 00–9773.  MAXFIELD v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 00–9776.  ROBERTS v. ILLINOIS.  App. Ct. Ill., 5th Dist. Certiorari denied.

No. 00–9779.  ALVARADO v. SIRMONS, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 00–9781.  LOTCHES v. OREGON.  Sup. Ct. Ore.  Certiorari denied.

No. 00–9784.  JORDAN v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 00–9790.  PLOWDEN v. ROMINE, WARDEN.  C. A. 2d Cir. Certiorari denied.